UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | | |
|---|---|---|
| MARISSA OLSEN | : | CIVIL ACTION NO.: |
| VERSUS | : | JUDGE:_____ |
| CHASE COTTLE, ET AL | : | MAGISTRATE JUDGE:_____ |

## LIST OF STATE COURT PROCEEDINGS

As of September 27, 2017, I hereby certify that the following is a list of all documents included in the state court record in the matter titled "(*Marissa Olsen v. Chase Cottle, et al*, No. 153,868 – C, 26th Judicial District Court, Bossier Parish, Louisiana. I further certify that the entire state court record, as of September 27, 2017, has been filed with this court.

1. Petition for Damages, filed on August 24, 2017;

2. Interrogatories and Production of Documents to Chase Cottle, filed on August 24, 2017;

3. Interrogatories and Production of Documents to Hunt Military Communities Management, L.L.C., filed on August 24, 2017;

4. Interrogatories and Production of Documents, filed on August 24, 2017;

5. Request for Ten Days Notice of Setting and for Notice of Interlocutory Order or Judgement, filed on August 24, 2017;

6. Order to Produce to Chase Cottle, filed on September 6, 2017;

7. Notice to Chase Cottle, filed on September 6, 2017;

8. Citation to Chase Cottle, filed on September 6, 2017;

9. Citation to Hunt Military Communities Management, L.L.C. through registered agent, Capitol Corporate Services, Inc., filed on September 20, 2017;

10. Notice to Hunt Military Communities Management, L.L.C. through registered agent, Capitol Corporate Services, Inc., filed on September 20, 2017;

11. Order to Produce to Hunt Military Communities Management, L.L.C. through registered agent, Capitol Corporate Services, Inc., filed on September 20, 2017;

12. Citation to Great American Alliance Insurance Company through the Louisiana Secretary of State, filed on September 20, 2017;

13. Notice to Great American Alliance Insurance Company through the Louisiana Secretary of State filed September 20, 2017; and

14. Order to Produce to Great American Alliance Insurance Company, through the Louisiana Secretary of State filed on September 20, 2017.

                        Respectfully submitted,

                        MAYER, SMITH & ROBERTS, L.L.P.
                        Attorneys for Hunt Military Communities
                        Management, L.L.C.

By:   *s/Caldwell Roberts, Jr.*
       Caldwell Roberts, Jr., Bar No. 20343
       1550 Creswell Avenue
       Shreveport, LA 71101
       Phone: 318-222-2135/Fax: (318) 222-6420

## **CERTIFICATE**

I HEREBY CERTIFY that a copy of the above and foregoing List of State Court Proceedings has been filed electronically with the Clerk of Court using the CM/ECF system and has been sent to all known counsel of record by operation of the court's electronic filing system, e-mail, facsimile, or by placing same in the United States mail property addressed and with adequate postage prepaid thereon.

Shreveport, Caddo Parish, Louisiana this 27th day of September, 2017.

                        */s/ Caldwell Roberts, Jr.*
                        OF COUNSEL