MARISSA OLSEN

VERSUS

CHASE COTTLE, ET AL

Permanent Assignment

NUMBER **1 5 3 8 6 8**

26TH JUDICIAL DISTRICT COURT

BOSSIER PARISH, LOUISIANA

Section



## P E T I T I O N   F O R   D A M A G E S

The petition of MARISSA OLSEN, whom is a resident of Bossier City, Bossier Parish, Louisiana, (hereinafter referred to as "petitioner"), respectfully represents:

1.

Made defendants herein are:

1)  CHASE COTTLE, a resident of Barksdale Air Force Base, Bossier Parish, Louisiana, who may be served at 2315 Lexington Street, BAFB, Louisiana; and,

2)  HUNT MILITARY COMMUNITIES MANAGEMENT, L.L.C, a limited liability Company authorized to do and doing business in the State of Louisiana, which may be served through it registered agent for service of process, CAPITOL CORPORATE SERVICES, INC., 8550 United Plaza Building II, Suite 305, Baton Rouge, Louisiana 70809; and,

3)  GREAT AMERICAN ALLIANCE INSURANCE COMPANY, an insurance company authorized to do and doing business in State of Louisiana, whom may be served through the Louisiana Secretary of State, 8585 Archives Avenue, Baton Rouge, LA 70809.

2.

The accident herein complained of occurred:

A)  At 2315 Lexington Street;

B)  In BAFB, Bossier Parish, Louisiana;

1 5 3 8 6 8

C)   On August 27, 2016.

3.

Petitioner shows that she was inside their residence located at 2315 Lexington Street on August 27, 2016.

4.

Petitioner further shows that the residence located at 2315 Lexington Street, was insured by the defendant HUNT MILITARY COMMUNITIES MANAGEMENT, L.L.C., and GREAT AMERICAN ALLIANCE INSURANCE COMPANY at the time of the incident.

5.

Petitioner shows that the as she was inside the residence, she was attacked by the dog without warning or cause.

6.

Petitioner shows that the dog was cared for and owned by the defendant CHASE COTTLE.

7.

Petitioner further shows that the defendant CHASE COTTLE, was negligent in the following non-exclusive list of particulars:

A)   Failure to maintain control of the dog;

B)   Failure to keep a proper lookout;

C)   Failure to observe the laws of the State of  Louisiana;

D)   Failure to properly restrain the dog;

E)   Any other acts of negligence which may be shown at the trial of this case on the merits or which may become facts in pleadings or proceedings.

153868

8.

Petitioner further shows that the aforementioned accident was caused soley and proximately by the negligence of the defendant, CHASE COTTLE.

9.

As a result of the aforementioned accident, petitioners suffering will continue for an indefinite period of time, she will suffer great and excruciating pain, both mental and physical, together with the disability to engage in normal social, educational, economic, business and activities, and she fears such conditions will be permanent.

10.

Petitioner, MARISSA OLSEN, itemizes her damages as follows:

A)   Past, present and future medical expenses;

B)   Past, present and future pain, suffering, mental anguish, distress and loss of social functions;

C)   Past, present and future loss of wages and loss of earning capacity;

D)   Past, present and future loss of the ability to engage in her normal and usual social, recreational and family activity.

11.

Petitioner further desires that this Honorable Court award general damages unto petitioner to compensate her for pain, suffering, inconvenience, and mental anguish.

12.

Petitioner further shows that the amount in dispute in this litigation does not exceed fifty thousand dollars, exclusive of interest and costs.

13.

Petitioner further shows that their damages, both past, present and future, were caused by the negligence of the defendants, CHASE COTTLE and HUNT MILITARY COMMUNITIES MANAGEMENT, L.L.C.

153868

14.

The defendants have in their possession the following documents which are necessary and material to the intelligent preparation of petitioner case and same should be filed and produced into Court for inspection and/or copying by petitioners at the earliest practical date. By them and evidence derived therefrom, petitioners will prove the allegations set forth in this petition. Said documents are:

A) Statements taken from Petitioner;

B) Photographs taken of the individuals involved;

C) Photographs taken at the scene of the accident;

D) Any policies of public liability or property damage insurance covering this accident.

15.

It will be necessary to use medical witnesses at the trial of this case and their fees together with any expenses for taking of their depositions should be fixed and taxed as costs.

16.

Petitioner annex to this petition certain interrogatories and requests for production of documents to be answered by the defendants separately, in writing, under oath, and within the delays allowed by law.

17.

And now, pleading in the alternative and only in the alternative, if this Honorable Court should hold and find that the petitioner, petitioner was negligent, then and in that event, petitioner shows that the defendants are liable to petitioner, in solido, in an amount to be in proportion to the degree or percentage of negligence or fault attributable to each party as provided under the Comparative Negligence Laws of the State of Louisiana.

153858

WHEREFORE, PETITIONER PRAYS THAT:

1)  Defendants be served with a copy of this petition and be cited to appear and answer the same;

2)  Defendants be directed to produce and file into Court, within the delays allowed by law for pleading to this petition, the following documents;

a)  Statements taken from Petitioner;

b)  Photographs taken of the vehicle involved;

c)  Photographs taken at the scene of the accident;

d)  Any policies of public liability or property damage insurance covering this accident;

3)  Defendants be directed to answer the interrogatories and request for production of documents separately, in writing, under oath, and within the delays allowed by law.

4)  After due proceedings had, there be judgment herein in favor of petitioner, MARISSA OLSEN, and against the defendants, CHASE COTTLE, HUNT MILITARY COMMUNITIES MANAGEMENT, L.L.C., and GREAT AMERICAN ALLIANCE INSURANCE COMPANY in solido, for such sums as the Court may direct or for any award justified under law for the damages sustained by petitioners in this accident;

5)  Petitioner prays in the alternative that after due proceedings had, there be judgment herein in favor of petitioner, MARISSA OLSEN, and against the defendants, CHASE COTTLE, HUNT MILITARY COMMUNITIES MANAGEMENT, L.L.C., and GREAT AMERICAN ALLIANCE INSURANCE COMPANY in solido, for such sums as the Court may direct to be in proportion to the degree or percentage of

153868

negligence or fault attributable to each party as provided under the Comparative Negligence Laws of the State of Louisiana;

6) Expert witness fees to be fixed and taxed as costs;

7) For all general and equitable relief.



RONALD J. MICIOTTO
Bar No. 07540
628 Stoner Avenue
Shreveport, Louisiana 71101
(318) 424-0200

ATTORNEY FOR PETITIONER

PLEASE SERVE:

CHASE COTTLE
2315 Lexington Street
BAFB, Louisiana

HUNT MILITARY COMMUNITIES MANAGEMENT, L.L.C.
Through its registered agent for service of process
Capitol Corporate Services, Inc.
8550 United Plaza Building II, Suite 305
Baton Rouge, Louisiana 70809

GREAT AMERICAN ALLIANCE INSURANCE COMPANY
Through
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, Louisiana 70809

153868

MARISSA OLSEN

VERSUS

CHASE COTTLE, ET AL

Permanent Assignment

NUMBER

26TH JUDICIAL DISTRICT COURT

BOSSIER PARISH, LOUISIANA

Section

## O R D E R

THE FOREGOING PETITION CONSIDERED:

IT IS HEREBY ORDERED that defendants be served with a copy of this petition and be cited to appear and answer the same.

IT IS FURTHER ORDERED that defendants produce and file into Court, within the delays allowed by law, the following documents:

1) Statements from Petitioners;

2) Photographs taken at the scene of the accident;

3) Photographs taken of the vehicles involved;

4) Any policies of public liability or property damage insurance covering this accident.

IT IS FURTHER ORDERED that defendants answer the interrogatories and request for production of documents separately, in writing, under oath, and within the delays allowed by law, or show cause why they should not comply

Benton, Bossier Parish, Louisiana, on this 25th day of April, 2017.

JUDGE

MICHAEL NERREN

F I L E D

AUG 25 2017

DEPUTY CLERK
26TH JUDICIAL DISTRICT COURT
BOSSIER PARISH, LOUISIANA

153868

MARISSA OLSEN

VERSUS

CHASE COTTLE, ET AL

Permanent Assignment

NUMBER

26TH JUDICIAL DISTRICT COURT

BOSSIER PARISH, LOUISIANA

Section

**INTERROGATORIES AND PRODUCTION OF DOCUMENTS**

TO:   CHASE COTTLE
      2315 Lexington Street
      BAFB, Louisiana

    Pursuant to the provisions of Louisiana Code of Civil Procedure, Articles 1457, et seq., plaintiff, MARISSA OLSEN, propounds the following written interrogatories and production of documents to be answered separately, in writing, under oath, and within the delays allowed by law.

    These interrogatories and production of documents shall be deemed continuing so as to require supplemental answers if you or your attorney obtain further information between the time answers are served and a reasonable time prior to trial.

**INTERROGATORY NO. 1:**

    State with respect to the defendant, the following:

A.   Full, correct name;

B.   Date and place of birth;

C.   Home address;

D.   Business or school address;

E.   Occupation;

F.   Social Security Number; and

G.   All prior residence addresses for the five years preceding the accident.

**INTERROGATORY NO. 2:**

    With regard to the actual happening of the incident which is the subject

FILED
AUG 24 2017
DEPUTY CLERK
26TH JUDICIAL DISTRICT COURT
BOSSIER PARISH, LOUISIANA

153868

matter of this litigation, give a general statement of how the accident happened.

INTERROGATORY NO. 3:

Who notified you of the plaintiff's incident?

INTERROGATORY NO. 4:

Does the defendant have any insurance coverage, such as vehicle, homeowners, renters insurance, etc. ? If so, please state the following:

A.    The name and address of the insurance company;

B.    The effective dates of the insurance policy;

C.    The limits of the insurance policy; and

D.    The named insured on the insurance policy.

INTERROGATORY NO. 5:

If defendant claims plaintiff was guilty of any negligence in connection with this incident, then state precisely in what respect it is claimed the plaintiff was guilty of negligence and what percentage of fault is the plaintiff alleged to have committed.

INTERROGATORY NO. 6:

State whether the defendant consumed any alcoholic beverage or partook of any drugs, prescriptions or otherwise, within seventy-two hours of the incident. If so, state where and when the defendant was drinking the beverage or ingesting the drugs; the quantity and type of beverage or drug, and the period of time during which the same was or were consumed.

INTERROGATORY NO. 7:

List all witnesses the defendant intends to call at the trial of this case, including the following information for each witness:

A.    Name;

B.    Address;

C.    Telephone number;

153868

D.  Occupation;

E.  Place of employment; and

F.  Summary of the facts to which is expected to testify.

INTERROGATORY NO. 8:

Do the answers to each and every one of the foregoing interrogatories include not only the information known to you or to your attorney, but also all information within the possession or control of your attorney?

INTERROGATORY NO. 9:

Have you been informed that you are answering these interrogatories under oath and that your answers may be used as evidence at the trial of this matter?

REQUEST FOR PRODUCTION NO. 1:

Please produce a copy of any reports or statements that you, or any representative on your behalf, made or obtained in connection with the subject accident.

REQUEST FOR PRODUCTION NO. 2:

Please produce a copy of any photographs of the site of the accident or of any of the vehicles involved in the accident that you, or any representative on your behalf, may have obtained or taken.

REQUEST FOR PRODUCTION NO. 3:

Please produce a copy of any reports from any investigation that you, or any representative on your behalf, may have conducted of the facts and circumstances surrounding this accident.

RONALD J. MICIOTTO
Bar Roll No. 07540
628 Stoner Avenue
Shreveport, Louisiana 71101
(318) 424-0200

ATTORNEY FOR PLAINTIFF

153868

MARISSA OLSEN                    NUMBER

VERSUS                          26TH JUDICIAL DISTRICT COURT

CHASE COTTLE, ET AL             BOSSIER PARISH, LOUISIANA

Permanent Assignment            Section

### INTERROGATORIES AND PRODUCTION OF DOCUMENTS

TO:   HUNT MILITARY COMMUNITES MANAGEMENT, L.L.C.
      Through
      Capitol Corporate Services, Inc.
      8550 United Plaza Building II, Ste. 305
      Baton Rouge, Louisiana

      Pursuant to the provisions of Louisiana Code of Civil Procedure, Article

1457, et seq., plaintiff, MARISSA OLSEN, propounds the following written

interrogatories and production of documents to be answered separately, in writing, under

oath, and within the delays allowed by law.

      These interrogatories and production of documents shall be deemed

containing so as to require supplemental answers if you or your attorney obtained further

information between the time answers are served and a reasonable time prior to trial.

INTERROGATORY NO. 1:

      What is the exact name and headquarters of HUNT MILITARY

COMMUNITIES MANAGEMENT, L.L.C.?

INTERROGATORY NO. 2:

      Did ASI HUNT MILITARY COMMUNITIES MANAGEMENT, L.L.C.

have a policy of homeowners insurance covering CHASE COTTLE for a home located at

2315 Lexington Street, Barksdale Air Force Base, Louisiana?

INTERROGATORY NO. 3:

      If the answer to the preceding interrogatory was in the affirmative, please

state:

      A.    When the policy/policies were issued;

FILED

AUG 24 2017

DEPUTY CLERK
26TH JUDICIAL DISTRICT COURT
BOSSIER PARISH, LOUISIANA

153868

B.  The scope/limits of coverage/liability, including the name of such

persons covered and the vehicles covered by said policy/policies.

INTERROGATORY NO. 4:

Was the aforementioned insurance policy/policies issued to CHASE

COTTLE, in full force and effect on the date of the accident in question, that being

August 27, 2016 and provide, in your opinion, coverage of said vehicles with relation to

the above mentioned accident?

INTERROGATORY NO. 5:

State the last known address, telephone number, and employer of your

insured.

INTERROGATORY NO. 6:

When were you first notified, and by whom, of the incident complained of

in the Plaintiff complaint?

INTERROGATORY NO. 7:

List all witnesses the defendant intends to call at the trial of this case,

including the following information for each witness:

A.  Name;

B.  Address;

C.  Telephone number;

D.  Place of employment;

E.  Summary of the facts to which each witness is expected to testify.

INTERROTGATORY NO. 8:

Do the answers to each and every one of the foregoing interrogatories

include not only the information known to you or your attorney, but also all information

within the possession or control of your attorney?

153868

**INTERROGATORY NO. 9:**

Have you been informed that you are answering these interrogatories under oath and that your answers may be used as evidence at the trial of this matter.

**REQUEST FOR PRODUCTION NO. 1:**

Please produce a copy of any reports or statements that you, or any representative on your behalf, made or obtained in connection with the subject accident.

**REQUEST FOR PRODUCTION NO. 2:**

Please produce a copy of any photographs of the site of the incident or of any of the individuals involved in the incident that you, or any representative on your behalf, may have obtained or taken.

**REQUEST FOR PRODUCTION NO. 3:**

Please produce a copy of any reports from any investigation that you, or any representative on your behalf, may have conducted of the facts and circumstances surrounding this accident.

RONALD J. MICIOTTO
Bar Roll No. 07540
628 Stoner Avenue
Shreveport, Louisiana 71101
(318) 424-0200

ATTORNEY FOR PLAINTIFF

153868

MARISSA OLSEN                          NUMBER

VERSUS                                 26TH JUDICIAL DISTRICT COURT

CHASE COTTLE, ET AL                    BOSSIER PARISH, LOUISIANA

Permanent Assignment                   Section

INTERROGATORIES AND PRODUCTION OF DOCUMENTS

TO:  GREAT AMERICAN ALLIANCE INSURANCE COMPANY
     Through
     Louisiana Secretary of State
     8585 Archives Avenue
     Baton Rouge, Louisiana

      Pursuant to the provisions of Louisiana Code of Civil Procedure, Article

1457, et seq., plaintiff, MARISSA OLSEN, propounds the following written

interrogatories and production of documents to be answered separately, in writing, under

oath, and within the delays allowed by law.

      These interrogatories and production of documents shall be deemed

containing so as to require supplemental answers if you or your attorney obtained further

information between the time answers are served and a reasonable time prior to trial.

INTERROGATORY NO. 1:

      What is the exact name and headquarters of GREAT AMERICAN

ALLIANCE INSURANCE COMPANY.?

INTERROGATORY NO. 2:

      Did GREAT AMERICAN ALLIANCE INSURANCE COMPANY have a

policy of homeowners insurance covering CHASE COTTLE for a home located at 2315

Lexington Street, Barksdale Air Force Base, Louisiana?

INTERROGATORY NO. 3:

      If the answer to the preceding interrogatory was in the affirmative, please

state:

      C.    When the policy/policies were issued;



153868

D.    The scope/limits of coverage/liability, including the name of such

persons covered and the vehicles covered by said policy/policies.

<u>INTERROGATORY NO. 4:</u>

Was the aforementioned insurance policy/policies issued to CHASE

COTTLE, in full force and effect on the date of the accident in question, that being

August 27, 2016 and provide, in your opinion, coverage of said vehicles with relation to

the above mentioned accident?

<u>INTERROGATORY NO. 5:</u>

State the last known address, telephone number, and employer of your

insured.

<u>INTERROGATORY NO. 6:</u>

When were you first notified, and by whom, of the incident complained of

in the Plaintiff complaint?

<u>INTERROGATORY NO. 7:</u>

List all witnesses the defendant intends to call at the trial of this case,

including the following information for each witness:

F.    Name;

G.    Address;

H.    Telephone number;

I.    Place of employment;

J.    Summary of the facts to which each witness is expected to testify.

<u>INTERROTGATORY NO. 8:</u>

Do the answers to each and every one of the foregoing interrogatories

include not only the information known to you or your attorney, but also all information

within the possession or control of your attorney?

153868

## INTERROGATORY NO. 9:

Have you been informed that you are answering these interrogatories under oath and that your answers may be used as evidence at the trial of this matter.

## REQUEST FOR PRODUCTION NO. 1:

Please produce a copy of any reports or statements that you, or any representative on your behalf, made or obtained in connection with the subject accident.

## REQUEST FOR PRODUCTION NO. 2:

Please produce a copy of any photographs of the site of the incident or of any of the individuals involved in the incident that you, or any representative on your behalf, may have obtained or taken.

## REQUEST FOR PRODUCTION NO. 3:

Please produce a copy of any reports from any investigation that you, or any representative on your behalf, may have conducted of the facts and circumstances surrounding this accident.

RONALD J. MICIOTTO
Bar Roll No. 07540
628 Stoner Avenue
Shreveport, Louisiana 71101
(318) 424-0200

ATTORNEY FOR PLAINTIFF

MARISSA OLSEN

VERSUS

CHASE COTTLE, ET AL

Permanent Assignment

NUMBER                153868

26TH  JUDICIAL DISTRICT COURT

BOSSIER PARISH, LOUISIANA

Section

## REQUEST FOR TEN DAYS NOTICE OF SETTING AND FOR NOTICE OF INTERLOCUTORY ORDER OR JUDGEMENT

Plaintiff, MARISSA OLSEN, requests that she be given at least ten (10) days written notice, in advance, in accordance with the provisions of Article 1572 of the Louisiana Code of Civil Procedure, of the date this case is to be fixed for trial. Plaintiff further requests written notice of the rendition of any interlocutory order or judgement in this case, pursuant to Article 1914 of the Louisiana Code of Civil Procedure.

RONALD J. MICIOTTO
Bar Roll No. 07540
628 Stoner Avenue
Shreveport, Louisiana  71101
(318) 424-0200

ATTORNEY FOR PETITIONER

FILED

AUG 2 4 2017

DEPUTY CLERK
26TH JUDICIAL DISTRICT COURT
BOSSIER PARISH, LOUISIANA

D4008371

# ORDER TO PRODUCE

| MARISSA OLSEN | TWENTY-SIXTH JUDICIAL DISTRICT |
|---|---|
| VS | PARISH OF BOSSIER |
| CHASE COTTLE ET AL | STATE OF LOUISIANA |
| DOCKET NUMBER: C-153868 | |

RECEIVED
AUG 29 2017
Bossier Parish
Sheriff
Bossier, La

O8
lau4
#3

TO:   CHASE COTTLE
      2315 LEXINGTON STREET
      BARKSDALE AIR FORCE BASE, LA

OF THE PARISH OF BOSSIER GREETINGS:

YOU ARE HEREBY COMMANDED in the name of the State of Louisiana and of the Twenty-Sixth

Judicial District Court for Bossier Parish, Louisiana, to produce the items listed in the attached pleadings.

AND HEREIN FAIL NOT UNDER PENALTY OF THE

LAW.WITNESS THE HONORABLE JUDGE OF OUR

SAID COURT, ON THE 29TH DAY OF AUGUST 2017

JILL M. SESSIONS, CLERK OF COURT

_____
Deputy Clerk
Bossier Parish, Louisiana

Attorney:   RONALD MICIOTTO
            318-424-0200

## SERVICE INFORMATION

UNSERVED          _____
PERSONAL          _____  GIVEN TO
DOMICILIARY       _____
DATE              8/30/17
REMARKS

_____
DEPUTY SHERIFF

FILED

SEP -6 2017

DEPUTY CLERK
26TH JUDICIAL DISTRICT COURT
BOSSIER PARISH LOUISIANA

## JULIAN C. WHITTINGTON
### SHERIFF & EX-OFFICIO TAX COLLECTOR BOSSIER PARISH

**DISTRICT COURT**
FOR THE PARISH OF BOSSIER
8/29/2017

Clerk of Court  Bossier Parish
P.O. Box 369

Benton, LA  71006

**Case: (08) 153868**     MARISSA OLSEN  vs CHASE COTTLE ET AL

| Nbr | Date | Service Type | Charges |
|-----|------|--------------|---------|
| 3 | 08/29/2017 | Order | $20.00 |
| | | COTTLE, CHASE; 2315 LEXINGTON STREET; BAFB, LA 71110 | |

Case Total: $20.00

**Total:** $20.00

TO BE RETURNED WITH PAYMENT

Please make check payable to:
JULIAN C. WHITTINGTON, SHERIFF &
EX-OFFICIO TAX COLLECTOR
P.O.Box 850
BENTON, LA 71006



FILED

SEP 26 2017

DEPUTY CLERK
26TH JUDICIAL DISTRICT COURT
BOSSIER PARISH LOUISIANA

D4408363

# NOTICE

| MARISSA OLSEN | TWENTY-SIXTH JUDICIAL DISTRICT |
|---|---|
| VS | PARISH OF BOSSIER |
| CHASE COTTLE ET AL | STATE OF LOUISIANA |
| DOCKET NUMBER: C-153868 | |

RECEIVED
AUG 29 2017
Bossier Parish
Sheriff
Benton, LA.

08
laur
# 2

TO: CHASE COTTLE
2315 LEXINGTON STREET
BARKSDALE AIR FORCE BASE, LA

OF THE PARISH OF BOSSIER.................. GREETING:

YOU ARE HEREBY NOTIFIED THAT ALL IS AS SHOWN BY the certified copy of the pleadings which accompanies this NOTICE AND HEREIN FAIL NOT.

A COPY OF SAID

PETITION FOR DAMAGES

is hereto attached and made a part hereof.

Given under my hand and seal, Officially, on this the 29TH DAY OF AUGUST 2017.

Attorney:
RONALD MICIOTTO
318-424-0200

JILL M. SESSIONS, CLERK OF COURT

_____, Deputy Clerk



FILED
SEP -6 2017
DEPUTY CLERK
26TH JUDICIAL DISTRICT COURT.
BOSSIER PARISH, LOUISIANA

## SERVICE INFORMATION

| | | GIVEN TO |
|---|---|---|
| UNSERVED | | |
| PERSONAL | ✓ | |
| DOMICILIARY | | |

DATE        8/30/17
REMARKS

_____
DEPUTY SHERIFF

## JULIAN C. WHITTINGTON
### SHERIFF & EX-OFFICIO TAX COLLECTOR BOSSIER PARISH

## DISTRICT COURT
FOR THE PARISH OF BOSSIER

8/29/2017

Clerk of Court  Bossier Parish
P.O. Box 369

Benton, LA  71006

Case: (08) 153868     MARISSA OLSEN  vs CHASE COTTLE ET AL

| Nbr | Date | Service Type | Charges |
|-----|------|--------------|---------|
| 2 | 08/29/2017 | Notice | $20.00 |
| | | COTTLE, CHASE; 2315 LEXINGTON STREET; BAFB, LA 71110 | |
| | | Case Total: | $20.00 |

Total:                      $20.00

TO BE RETURNED WITH PAYMENT

Please make check payable to:
JULIAN C. WHITTINGTON, SHERIFF &
EX-OFFICIO TAX COLLECTOR
P.O.Box 850
BENTON, LA 71006



FILED

SEP - 2017

DEPUTY CLERK
26TH JUDICIAL DISTRICT COURT
BOSSIER PARISH  LOUISIANA

D4008355

# CITATION

| MARISSA OLSEN | TWENTY-SIXTH JUDICIAL DISTRICT |
|---|---|
| VS | PARISH OF BOSSIER |
| CHASE COTTLE ET AL | STATE OF LOUISIANA |
| DOCKET NUMBER: C-153868 | |

RECEIVED
AUG 29 2017
Bossier Parish
Sheriff
Benton, LA

TO:   CHASE COTTLE
2315 LEXINGTON STREET
BARKSDALE AIR FORCE BASE, LA

08
13u4
#1

in the Parish of BOSSIER.

You are hereby cited to comply with the demand contained in the petition, a certified copy of which accompanies this citation, or to file your answer or other pleading to said petition in the office of the Clerk of the 26th Judicial District Court in the Bossier Parish Court House in the Town of Benton in said Parish within fifteen (15) days after the service hereof. Your failure to comply herewith will subject you to the penalty of entry of default judgment against you.

The Sheriff or his deputy has just handed you a law suit which states why you are being sued. You ( as defendant ) will have fifteen (15) days after you receive this petition to either file an answer ( in writing ) with the Bossier Parish Clerk of Court in Benton, Louisiana, or retain an attorney of your choice to act in your behalf. If you do nothing within the said time period, then a judgment could be rendered against you.

Attached hereto are:
PETITION FOR DAMAGES

Witness the Honorable Judges of our said Court on this the 29TH DAY OF AUGUST 2017

JILL M. SESSIONS, CLERK OF COURT

Deputy Clerk
Bossier Parish, Louisiana

Attorney:
RONALD MICIOTTO
318-424-0200

FILED
SEP 26 2017

DEPUTY CLERK
26TH JUDICIAL DISTRICT COURT
BOSSIER PARISH, LOUISIANA

## SERVICE INFORMATION

UNSERVED
PERSONAL
DOMICILIARY          GIVEN TO ___

DATE ___ 8/30/17
REMARKS

DEPUTY SHERIFF

# JULIAN C. WHITTINGTON
## SHERIFF & EX-OFFICIO TAX COLLECTOR BOSSIER PARISH

### DISTRICT COURT
FOR THE PARISH OF BOSSIER

Clerk of Court  Bossier Parish
P.O. Box 369

8/29/2017

Benton, LA 71006

**Case: (08) 153868      MARISSA OLSEN vs CHASE COTTLE ET AL**

| Nbr | Date | Service Type | Charges |
|---|---|---|---|
| 1 | 08/29/2017 | Citation | $20.00 |
|   |   | COTTLE, CHASE; 2315 LEXINGTON STREET; BAFB, LA 71110 |   |
| C | 1 | 08/29/2017  Mileage Charge | $15.90 |

**Case Total:** $35.90

**Total:** $35.90



TO BE RETURNED WITH PAYMENT



FILED

SEP – 6 2017

DEPUTY CLERK
26TH JUDICIAL DISTRICT COURT
BOSSIER PARISH, LOUISIANA

Please make check payable to:
JULIAN C. WHITTINGTON, SHERIFF &
EX-OFFICIO TAX COLLECTOR
P.O.Box 850
BENTON, LA 71006

205 F

D4008413

# CITATION

| | TWENTY-SIXTH JUDICIAL DISTRICT |
|---|---|
| MARISSA OLSEN | PARISH OF BOSSIER |
| VS | STATE OF LOUISIANA |
| CHASE COTTLE ET AL | |
| DOCKET NUMBER: C-153868 | |

in the Parish of EAST BATON ROUGE.

TO:   HUNT MILITARY COMMUNITES MANAGEMENT LLC
THROUGH REGISTERED AGENT: CAPITOL CORPORATE SERVICES, INC.
8550 UNITED PLAZA BUILDING II, SUITE 305
BATON ROUGE, LA
70809

You are hereby cited to comply with the demand contained in the petition, a certified copy of which accompanies this citation, or to file your answer or other pleading to said petition in the office of the Clerk of the 26th Judicial District Court in the Bossier Parish Court House in the Town of Benton in said Parish within fifteen (15) days after the service hereof. Your failure to comply herewith will subject you to the penalty of entry of default judgment against you.

The Sheriff or his deputy has just handed you a law suit which states why you are being sued. You ( as defendant ) will have fifteen (15) days after you receive this petition to either file an answer ( in writing ) with the Bossier Parish Clerk of Court in Benton, Louisiana, or retain an attorney of your choice to act in your behalf. If you do nothing within the said time period, then a judgment could be rendered against you.

Attached hereto are:

PETITION FOR DAMAGES

Witness the Honorable Judges of our said Court on this the 29TH DAY OF AUGUST 2017

JILL M. SESSIONS, CLERK OF COURT

_[signature]_
Deputy Clerk
Bossier Parish, Louisiana

Attorney:
RONALD MICIOTTO
318-424-0200

FILED

SEP 20 2017

_[signature]_
DEPUTY CLERK
26TH JUDICIAL DISTRICT COURT
BOSSIER PARISH, LOUISIANA

## SERVICE INFORMATION

|   | SEP 12 2017 |
|---|---|
| | Given service on the named party |
| | by tendering a copy of this document to |
| | _Lizbeth Bush_ |
| | _B Jones 0543_ |
| | Deputy Sheriff, Parish of East Baton Rouge, Louisiana |

UNSERVED ____
PERSONAL ____
DOMICILIARY ____

DATE ____
REMARKS ____

DEPUTY SHERIFF ____

RECEIVED
SEP 11 2017
E.B.R. SHERIFF'S OFFICE

D4008421

## NOTICE

| MARISSA OLSEN | TWENTY-SIXTH JUDICIAL DISTRICT |
|---|---|
| VS | PARISH OF BOSSIER |
| CHASE COTTLE ET AL | STATE OF LOUISIANA |
| DOCKET NUMBER: C-153868 | |

TO: HUNT MILITARY COMMUNITES MANAGEMENT LLC
THROUGH REGISTERED AGENT: CAPITOL CORPORATE SERVICES, INC.
8550 UNITED PLAZA BUILDING II, SUITE 305
BATON ROUGE, LA
70809

OF THE PARISH OF EAST BATON ROUGE..................... GREETING:

YOU ARE HEREBY NOTIFIED THAT ALL IS AS SHOWN BY the certified
copy of the pleadings which accompanies this NOTICE AND HEREIN FAIL NOT .

A COPY OF SAID

PETITION FOR DAMAGES

is hereto attached and made a part hereof.

Given under my hand and seal, Officially, on this the 29TH DAY OF AUGUST
2017.

Attorney:
RONALD MICIOTTO
318-424-0200

JILL M. SESSIONS, CLERK OF COURT

_____
Deputy Clerk

F I L E D

SEP 20 2017

DEPUTY CLERK
26TH JUDICIAL DISTRICT COURT
BOSSIER PARISH, LOUISIANA

### SERVICE INFORMATION

UNSERVED
PERSONAL              _____ GIVEN TO
DOMICILIARY

DATE        SEP 12 2017

REMARKS

I made service on the named party

by tendering a copy of this document to

_____

DEPUTY SHERIFF Deputy Sheriff, Parish of East Baton Rouge, Louisiana

RECEIVED
SEP 11 2017

E.B.R. SHERIFF'S OFFICE

D4008439

## ORDER TO PRODUCE

| MARISSA OLSEN | TWENTY-SIXTH JUDICIAL DISTRICT |
|---|---|
| VS | PARISH OF BOSSIER |
| CHASE COTTLE ET AL | STATE OF LOUISIANA |
| DOCKET NUMBER: C-153868 | |

TO: HUNT MILITARY COMMUNITES MANAGEMENT LLC
THROUGH REGISTERED AGENT: CAPITOL CORPORATE SERVICES, INC.
8550 UNITED PLAZA BUILDING II, SUITE 305
BATON ROUGE, LA
70809

OF THE PARISH OF EAST BATON ROUGE GREETINGS:

YOU ARE HEREBY COMMANDED in the name of the State of Louisiana and of the Twenty-Sixth

Judicial District Court for Bossier Parish, Louisiana, to produce the items listed in the attached pleadings.

AND HEREIN FAIL NOT UNDER PENALTY OF THE

LAW. WITNESS THE HONORABLE JUDGE OF OUR

SAID COURT, ON THE 29TH DAY OF AUGUST 2017

JILL M. SESSIONS, CLERK OF COURT

_____
Deputy Clerk
Bossier Parish, Louisiana

F I L E D

SEP 20 2017

_____
DEPUTY CLERK
26TH JUDICIAL DISTRICT COURT
BOSSIER PARISH, LOUISIANA

R E C E I V E D

SEP 11 2017

E.B.R. SHERIFF'S OFFICE

Attorney:   RONALD MICIOTTO
318-424-0200

### SERVICE INFORMATION

UNSERVED
PERSONAL _____ GIVEN TO _____
DOMICILIARY
DATE                                 SEP 12 2017
REMARKS

I made service on the named party

by tendering a copy of this document to

_____
_____ CASS

DEPUTY SHERIFF

Deputy Sheriff, Parish of East Baton Rouge, Louisiana

D4008389

# CITATION

| MARISSA OLSEN | TWENTY-SIXTH JUDICIAL DISTRICT |
|---|---|
| VS | PARISH OF BOSSIER |
| CHASE COTTLE ET AL | STATE OF LOUISIANA |
| DOCKET NUMBER: C-153868 | |

TO:  GREAT AMERICAN ALLIANCE INSURANCE COMPANY
THROUGH THE LOUISIANA SECRETARY OF STATE
8585 ARCHIVES AVENUE
BATON ROUGE, LA 70809

in the Parish of EAST BATON ROUGE.

You are hereby cited to comply with the demand contained in the petition, a certified copy of which accompanies this citation, or to file your answer or other pleading to said petition in the office of the Clerk of the 26th Judicial District Court in the Bossier Parish Court House in the Town of Benton in said Parish within fifteen (15) days after the service hereof. Your failure to comply herewith will subject you to the penalty of entry of default judgment against you.

The Sheriff or his deputy has just handed you a law suit which states why you are being sued. You ( as defendant ) will have fifteen (15) days after you receive this petition to either file an answer ( in writing ) with the Bossier Parish Clerk of Court in Benton, Louisiana, or retain an attorney of your choice to act in your behalf. If you do nothing within the said time period, then a judgment could be rendered against you.

Attached hereto are:
PETITION FOR DAMAGES

Witness the Honorable Judges of our said Court on this the 29TH DAY OF AUGUST 2017

J.L.M. SESSIONS, CLERK OF COURT

Bossier Parish, Louisiana

Deputy Clerk

F I L E D

SEP 20 2017

DEPUTY CLERK
26TH JUDICIAL DISTRICT COURT
BOSSIER PARISH, LOUISIANA

Attorney:
RONALD MICIOTTO
318-424-0200

## SERVICE INFORMATION

I made service on the named party through the

GIVEN TO _____ Office of the Secretary of State on _____

SEP 12 2017

by tendering a copy of this document to
KATHY SUMMERS RECEIVED
DY. B. JAMES #0283      SEP 1 1 2017
Deputy Sheriff, Parish of East Baton Rouge, Louisiana

| | |
|---|---|
| UNSERVED | |
| PERSONAL | |
| DOMICILIARY | |
| DATE | |
| REMARKS | |

DEPUTY SHERIFF _____

E.B.R. SHERIFF'S OFFICE

D4008397

## NOTICE

| MARISSA OLSEN | TWENTY-SIXTH JUDICIAL DISTRICT |
|---|---|
| VS | PARISH OF BOSSIER |
| CHASE COTTLE ET AL | STATE OF LOUISIANA |
| DOCKET NUMBER: C-153868 | |

TO: GREAT AMERICAN ALLIANCE INSURANCE COMPANY
THROUGH THE LOUISIANA SECRETARY OF STATE
8585 ARCHIVES AVENUE
BATON ROUGE, LA
70809

OF THE PARISH OF EAST BATON ROUGE .................. GREETING:

YOU ARE HEREBY NOTIFIED THAT ALL IS AS SHOWN BY the certified
copy of the pleadings which accompanies this NOTICE AND HEREIN FAIL NOT.

A COPY OF SAID

PETITION FOR DAMAGES

is hereto attached and made a part hereof.

Given under my hand and seal, Officially, on this the 29TH DAY OF AUGUST
2017.

Attorney:
RONALD MICIOTTO
318-424-0200

JILL M. SESSIONS, CLERK OF COURT

_Chelsea D Hunter_
Deputy Clerk

### SERVICE INFORMATION

I made service on the named party through the

GIVEN TO Office of the Secretary of State on

SEP 12 2017

by tendering a copy of this document to

KATHY SUMMERS

DY. B. JAMES #0283
Deputy Sheriff, Parish of East Baton Rouge, Louisiana

RECEIVED

SEP 11 2017

E.B.R. SHERIFF'S OFFICE

UNSERVED
PERSONAL
DOMICILIARY

DATE
REMARKS

F I L E D

SEP 20 2017

_Doris Slephen_
DEPUTY CLERK
26TH JUDICIAL DISTRICT COURT
BOSSIER PARISH, LOUISIANA

DEPUTY SHERIFF

D408405

## ORDER TO PRODUCE

| MARISSA OLSEN | TWENTY-SIXTH JUDICIAL DISTRICT |
|---|---|
| VS | PARISH OF BOSSIER |
| CHASE COTTLE ET AL | STATE OF LOUISIANA |
| DOCKET NUMBER: C-153868 | |

TO:  GREAT AMERICAN ALLIANCE INSURANCE COMPANY
THROUGH THE LOUISIANA SECRETARY OF STATE
8585 ARCHIVES AVENUE
BATON ROUGE, LA
70809

OF THE PARISH OF EAST BATON ROUGE GREETINGS:

YOU ARE HEREBY COMMANDED in the name of the State of Louisiana and of the Twenty-Sixth

Judicial District Court for Bossier Parish, Louisiana, to produce the items listed in the attached pleadings.

AND HEREIN FAIL NOT UNDER PENALTY OF THE

LAW. WITNESS THE HONORABLE JUDGE OF OUR

SAID COURT, ON THE 29TH DAY OF AUGUST 2017

JILL M. SESSIONS, CLERK OF COURT

_____
Deputy Clerk
Bossier Parish, Louisiana

F I L E D

SEP 20 2017

DEPUTY CLERK
26TH JUDICIAL DISTRICT COURT
BOSSIER PARISH, LOUISIANA

Attorney:   RONALD MICIOTTO
318-424-0200

### SERVICE INFORMATION

I made service on the named party through the

Office of the Secretary of State on

SEP 12 2017

by tendering a copy of this document to

KATHY SUMMERS

GIVEN TO _____

DY. B. JAMES #0283
Deputy Sheriff, Parish of East Baton Rouge, Louisiana

UNSERVED _____
PERSONAL _____
DOMICILIARY _____
DATE _____
REMARKS _____

_____
DEPUTY SHERIFF

RECEIVED

SEP 11 2017

E.B.R. SHERIFF'S OFFICE